UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80039-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVEN GOLDBERG,

    Defendant.
_____/

CASE NO. 22-80007-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARC SPORN,

    Defendant.
_____/

## ORDER OF TRANSFER

**GOOD CAUSE** appearing that a transfer of this case is appropriate under Internal Operating Procedure 2.15.00(c) of the United States District Court for the Southern District of Florida because of related Case Number **22-80039-CR-MIDDLEBROOKS**, and subject to the consent of the Honorable Donald M. Middlebrooks, it is

**ORDERED AND ADJUDGED** that the above numbered case is transferred to the calendar of Judge Donald M. Middlebrooks for all further proceedings.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 28th day of March 2022.

AILEEN M. CANNON
**UNITED STATES DISTRICT JUDGE**

CASE NO. 22-80039-CR-CANNON
CASE NO. 22-80007-CR-MIDDLEBROOKS

After reviewing the file in the above numbered case, the undersigned accepts the transfer of this case. Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings filed after this date shall bear the following case number, **22-80039-CR-MIDDLEBROOKS**, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in West Palm Beach, Florida, this 29th day of March 2022.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:   counsel of record